**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Patrick Gary CARBY, Defendant–Appellant.**

**No. 11–10665.**

United States Court of Appeals, Ninth Circuit.

Submitted June 18, 2013.*

Filed June 24, 2013.

OIL, DOJ–U.S. Department of Justice, Washington, DC, Mark S. Kokanovich,

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**804**

USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Eric W. Kessler, Kessler Law Offices, Mesa, AZ, Defendant–Appellant.

Patrick Gary Carby, pro se.

Before: TALLMAN, M. SMITH, and HURWITZ, Circuit Judges.

## MEMORANDUM **

Patrick Gary Carby appeals from the district court's judgment and challenges the 46–month sentence imposed following his guilty-plea conviction for reentry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Carby's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. No answering brief has been filed.

Carby has filed a pro se supplemental brief, arguing for the first time on appeal that the district court improperly imposed a three-year term of supervised release. The district court did not plainly err in imposing a term of supervised release.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.